UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
YI XIANG,

               Plaintiff,

   vs.                                    Case No. 1:16-cv-04923-VM

INOVALON HOLDINGS, INC., et al.,

               Defendants.
---------------------------------------------------------------x
JYOTINRA PATEL, et al.,

               Plaintiffs,

   vs.

INOVALON HOLDINGS, INC., et al.,

               Defendants.
---------------------------------------------------------------x

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants Goldman, Sachs & Co., Morgan Stanley & Co. LLC, Citigroup Global Markets, Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, UBS Securities LLC, Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, Wells Fargo Securities, LLC, and William Blair & Company, L.L.C:

| | |
|---|---|
| Dated: Baltimore, Maryland<br>August 24, 2016 | DLA PIPER LLP (US)<br><br>By:   /s/ Hugh J. Marbury<br>        Hugh J. Marbury<br><br>DLA Piper LLP (US)<br>6225 Smith Avenue<br>Baltimore, Maryland<br>Tel.: (410) 580-4205<br>Fax: (410) 580-3205<br>hugh.marbury@dlapiper.com<br><br>Attorneys for Defendants<br>  Goldman Sachs & Co., Morgan Stanley &<br>  Co., LLC, Citigroup Global Markets, Inc.,<br>  Merrill Lynch, Pierce, Fenner & Smith<br>  Incorporated, UBS Securities LLC, Piper<br>  Jaffray & Co., Robert W. Baird & Co.<br>  Incorporated, Wells Fargo Securities, LLC,<br>  and William Blair & Company, L.L.C. |

## **CERTIFICATE OF SERVICE**

I certify that on August 24, 2016, I caused a copy of the foregoing to be filed with the Court's ECF system, which will cause notice of its filing to be served electronically upon all counsel who have appeared in this action

                                          /s/ Hugh J. Marbury
                                             Hugh J. Marbury