UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YI XIANG, individually and on behalf of all others
similarly situated,

                Plaintiff,

                -against-                                  ORDER

INOVALON HOLDINGS, INC., et al.,            16-CV-4923 (VM)(KNF)

                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        In a writing, dated March 9, 2018, the defendants request:

1.    "leave to file a response to the supplemental declaration [lead plaintiff filed]; and

2.    leave to file that response under seal." The defendants' requests are granted. The defendants' March 9, 2018 letter contains information which has been designated confidential or highly confidential under the protective order applicable to this case. Therefore, the defendants shall file their March 9, 2018 letter under seal and file a redacted version with the Clerk of Court for publication on the docket sheet so that the public may access that document.

Dated: New York, New York            SO ORDERED:
       March 14, 2018

                                                        KEVIN NATHANIEL FOX
                                                        UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/18