**MEMO ENDORSED**



RECEIVED
JUL 30 2018
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
T 212.335.4500
F 212.335.4501
W www.dlapiper.com

JOHN J. CLARKE, JR.
john.clarke@dlapiper.com
T 212.335.4920  F 212.884.8520

July 30, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED  9/2/18

*By Facsimile*

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Xiang v. Inovalon Holdings, Inc., No. 1:16-cv-04923-VM-KNF (S.D.N.Y.)

Dear Judge Fox,

We represent defendants Citigroup Global Markets, Inc., Goldman Sachs & Co. LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co. LLC, and UBS Securities LLC (the "Underwriter Defendants") in the referenced action. Late in the day last Thursday, July 26, 2018, we received plaintiff's letter pursuant to the Court's Local Rule 37.2 requesting a pre-motion conference with respect to a discovery dispute with the Underwriter Defendants.

We respectfully request the opportunity to respond to plaintiff's pre-motion letter before the Court schedules a pre-motion conference or takes other action in response to that letter. Due to the timing of plaintiffs' submission late last week, and a previously scheduled court appearance outside of New York tomorrow, we respectfully request until the close of business this Thursday, August 2, 2018, to submit such a letter.

Respectfully submitted,

John J. Clarke, Jr.

cc:  Counsel of Record

8/2/18
Application granted.
SO ORDERED:

Kevin Nathaniel Fox
Hon. Kevin Nathaniel Fox
United States Magistrate Judge