UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YI XIANG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>INOVALON HOLDINGS, INC., KEITH R. DUNLEAVY, THOMAS R. KLOSTER, DENISE K. FLETCHER, ANDRÉ S. HOFFMANN, LEE D. ROBERTS, WILLIAM J. TEUBER JR., GOLDMAN SACHS & CO., MORGAN STANLEY & CO. LLC, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED and UBS SECURITIES LLC,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:16-cv-04923-VM-KNF<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION AND FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND AN AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §77z-1(a)(4) |

TO:　ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon: (i) the Declaration of Daniel J. Pfefferbaum, affirmed on June 7, 2019; (ii) the Declaration of Shawn A. Williams, affirmed on June 7, 2019; (iii) the Declaration of Darris Garoufalis, affirmed on June 6, 2019; (iv) the Stipulation of Settlement, dated February 19, 2019 and the Exhibits annexed thereto; (v) the Declaration of Mishka Ferguson, affirmed on June 6, 2019; (vi) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Approval of Plan of Allocation and for an Award of Attorneys' Fees and Expenses and an Award to Lead Plaintiff Pursuant to 15 U.S.C. §77z-1(a)(4); and (vii) all other proceedings herein, Lead Plaintiff Roofers Local No. 149 Pension Fund, through counsel, will move this Court, before the Honorable Victor Marrero, United States District Judge for the Southern

District of New York, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 11B, 500 Pearl Street, New York, New York on July 12, 2019, at 10:00 a.m., for entry of orders and judgments pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) finally approving the settlement of the captioned litigation; (2) approving the Plan of Allocation; (3) awarding Lead Counsel attorneys' fees, plus expenses in the litigation; and (4) awarding Lead Plaintiff compensation for its time and service representing the Class.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before July 5, 2019.

DATED: June 7, 2019                        Respectfully submitted,

                                              ROBBINS GELLER RUDMAN
                                                     &DOWD LLP
                                              SHAWN A. WILLIAMS
                                              DANIEL J. PFEFFERBAUM
                                              JOHN H. GEORGE

                                              s/Daniel J. Pfefferbaum
                                              DANIEL J. PFEFFERBAUM

                                              Post Montgomery Center
                                              One Montgomery Street, Suite 1800
                                              San Francisco, CA  94104
                                              Telephone:  415/288-4545
                                              415/288-4534 (fax)
                                              shawnw@rgrdlaw.com
                                              dpfefferbaum@rgrdlaw.com
                                              jgeorge@rgrdlaw.com

                                              ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
                                              SAMUEL H. RUDMAN
                                              58 South Service Road, Suite 200
                                              Melville, NY  11747
                                              Telephone: 631/367-7100
                                              631/367-1173 (fax)
                                              srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

Lead Counsel for Lead Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

Additional Counsel for Lead Plaintiff

## CERTIFICATE OF SERVICE

I, Daniel J. Pfefferbaum, hereby certify that on June 7, 2019, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice. I further certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 7, 2019, at San Francisco, California.


s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM